# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD LOWNDES and : 
RUTH LOWNDES, h/w
    *Plaintiffs*,
: CIVIL ACTION
    v. : NO. 19-5823

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA
    *Defendant.* :

## ORDER

AND NOW, this 17th day of April 2020, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiffs' Complaint (ECF No. 3) and Plaintiffs' Response thereto (ECF No. 6), it is hereby ORDERED that Defendant's Motion is DENIED in accordance with this Court's accompanying Memorandum.

                                                   BY THE COURT:

                                                   /s/ C. Darnell Jones, II   J.